PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff )<br>　)<br>vs. )<br>　)<br>Mendoza-Gomez )<br>　　　　　　Defendant(s) ) | CRIMINAL NO. 08mj2138<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Margarita Miranda - Morales

DATED: 7/21/08

RECEIVED 2008 JUL 21 PM 4:06 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

─────────────────────────────
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by L.M. Marner
　　　　　Deputy Clerk